## BOSSERT v. S. JARVIS ADAMS CO.

(Circuit Court of Appeals, Sixth Circuit. February 16, 1905.)

No. 1,363.

Appeal from the Circuit Court of the United States for the Southern District of Ohio.

B. L. Bargar and Pomerene & Pomerene, for appellant.

Patterson, Sterrett & Acheson and Henderson & Livesay, for appellee.

Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

SEVERENS, Circuit Judge. This case is in all essential particulars like that of Knapp v. S. Jarvis Adams Co. (No. 1,362, just decided) 135 Fed. 1008, was heard on the same record, and, by agreement of counsel, is subject to the same disposition.

For the reasons given in our opinion in that case, the judgment in this case is affirmed, with costs.